*Gregory C. Willis,* on the motion.

Submitted November 2—decided November 2, 1966

THE HOME NATIONAL BANK AND TRUST COMPANY OF MERIDEN ET AL. *v.* BANKING COMMISSION OF THE STATE OF CONNECTICUT ET AL.

The motion by the intervening defendants to dismiss the plaintiffs' appeal from the Superior Court in Hartford County is granted.

*William Reeves,* for the appellees (intervening defendants), and *Raymond J. Cannon,* assistant attorney general, for the appellee (named defendant).

*Robert Luby,* with whom was *Dennis F. Gaffney,* for the appellants (plaintiffs).